Anthony Werbin, Esq. - State Bar No. 285684
**DOWNTOWN L.A. LAW GROUP**
601 N. Vermont Ave.
Los Angeles, CA 90004
Tel: (213) 389-3765
Fax: (877) 389-2775
Email: Anthony@downtownlalaw.com

Attorneys for Plaintiff
ROSA LOPEZ

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA LOPEZ, an individual.<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA; and DOES 1 to 50, inclusive.<br><br>　　　　　　Defendants. | Case No.: '22CV1456 DMS DEB<br><br>**COMPLAINT FOR DAMAGES**<br><br>1.　PREMISES LIABILITY |

COMES NOW, Plaintiff, ROSA LOPEZ, and alleges against Defendants, and each of them, as follows:

///
///
///
///
///

---
1
**COMPLAINT FOR DAMAGES**

# I.
# JURISDICTION

1. This action is brought pursuant to the Tort Claims Act, 28 U.S.C. §2671 et seq. Jurisdiction is founded on 28 U.S.C. §§1346(b).

# II.
# VENUE

2. Venue is proper in the Southern District of California. The accident giving rise to this complaint occurred at or near 2777 Logan Ave., San Diego, CA 92113, which is within the present judicial district.

# III.
# PARTIES

3. Plaintiff ROSA LOPEZ (hereafter "PLAINTIFF") is and at all relevant times was a resident of San Diego County, California.

4. Plaintiff is informed and believes and thereon alleges that Defendants UNITED STATES OF AMERICA; and DOES 1 to 50, inclusive, are and at all times mentioned herein, were public entities, corporations, sole proprietors, shareholders, associations, partners and partnerships, joint ventures, and/or business entities unknown.

5. Defendants DOES 1-50, are sued herein under fictitious names, their true names and capacities being unknown to Plaintiff. Plaintiff will amend this complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes and thereon alleges that each of the fictitiously named Defendants is responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages as herein alleged were proximately caused by those Defendants.

6. At all times relevant herein, Defendant UNITED STATES OF AMERICA is a governmental agency.

///

## IV.

## FACTS COMMON TO ALL ACTIONS

7. Plaintiff is informed and believes, and based upon such information and belief alleges that at all times relevant hereto Defendants UNITED STATES OF AMERICA; and DOES 1 to 50, inclusive, are, and at all times herein mentioned where individuals, corporations, sole proprietors, shareholders, associations, partners and partnerships, joint venturers, and/or business entities unknown. At all times herein mentioned, said Defendants were the owners, lessors, sub-lessors, managing agents, landlords, renters, managers, operators, marketers, inspectors, maintainers and controllers, of a commercial property located at 2777 Logan Ave., San Diego, CA 92113, (hereinafter referred to as "THE SUBJECT PREMISES"), to which building the general public is invited to come.

8. At all times herein mentioned, each of the Defendants were the agents, servants, and employees of their co-defendants, and in doing the things hereinafter alleged were acting in the scope of their authority as agents, servants, and employees, and with permission and consent of their co-defendants. Plaintiff is further informed and believes, and thereon alleges, that each of the Defendants herein gave consent to, ratified, and authorized the acts alleged herein to each of the remaining Defendants.

9. On or about July 7, 2021, Plaintiff submitted a claim based on the allegations herein to Defendant UNITED STATES OF AMERICA for administrative settlement and has not been rejected by Defendant UNITED STATES OF AMERICA.

///
///
///
///

V.

# FIRST CAUSE OF ACTION

## PREMISES LIABILITY

### (Against All Defendants)

10. Plaintiff re-alleges each and every allegation contained in the above Paragraphs 1 through 10, and by this reference incorporates said paragraphs as though fully set forth herein.

11. On or about January 26, 2021 Plaintiff was lawfully on the premises of Defendants' located at or near 2777 Logan Ave., San Diego, CA 92113. Plaintiff was walking within the subject premises when she stepped on and/or tripped on a mat and/or rug and/or carpet on the floor. This caused Plaintiff to fall and sustain serious injuries. The actions of the Defendants and/or it's employees were below the standard of care and were the cause of Plaintiff's injuries.

12. On or about January 26, 2021, Defendants UNITED STATES OF AMERICA; and DOES 1 to 50, inclusive, carelessly and negligently owned, rented, managed, leased, supervised, inspected, operated, maintained and/or controlled the premises located at or near 2777 Logan Ave, San Diego, CA 92113, such that it was in a dangerous, defective and unsafe condition in conscious disregard for the risk of harm to invitees thereon. By reason of said carelessness, negligence and conscious disregard of the Defendants, and each of them, said premises were unsafe and dangerous to the general public and specifically Plaintiff, ROSA LOPEZ.

13. Defendants UNITED STATES OF AMERICA; and DOES 1 to 50, inclusive, and each of them, failed to warn Plaintiff of said dangerous, defective and unsafe condition, although said Defendants, and each of them, knew of said condition.

///

14. As a legal, direct, and proximate result of the above-mentioned conduct of Defendants UNITED STATES OF AMERICA; and DOES 1 to 50, inclusive, and each of them, Plaintiff was injured in her health, strength and activity, sustaining injury to her body, and shock and injury to her person, all of which have caused and continue to cause great physical, mental, and emotional pain and suffering all to her general damages, the exact amount of such to be stated according to proof.

15. As a legal, direct, and proximate result of the above-mentioned conduct of Defendants UNITED STATES OF AMERICA; and DOES 1 to 50, inclusive, and each of them, Plaintiff was compelled to and did employ the services of hospitals, physicians, surgeons, nurses and the like, to care for and treat him, and did incur hospital, medical, professional and incidental expenses, the exact amount of such to be stated according to proof.

16. As a legal, direct, and proximate result of the above-mentioned conduct of Defendants UNITED STATES OF AMERICA; and DOES 1 to 50, inclusive, and each of them, Plaintiff will necessarily incur additional like expenses for an indefinite period of time in the future, the exact amount of such to be stated according to proof.

17. As a direct and proximate result of the negligence, carelessness, and violation of the law by Defendants UNITED STATES OF AMERICA; and DOES 1 to 50, inclusive, and each of them, Plaintiff has and will incur a loss of earnings and/or loss of earning capacity.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment against Defendants as follows:

1. For general damages in a sum according to proof;
2. For medical, hospital, and related expenses according to proof;
3. For loss of earnings according to proof;

4. For loss of future earning capacity according to proof;
5. For costs of suit incurred herein;
6. For such other and further relief as this Court may deem proper.

DATED: September 27, 2022        DOWNTOWN L.A. LAW GROUP

By: Anthony Werbin, Esq.
Attorney for Plaintiff,
ROSA LOPEZ